No. 575. THE GLENWOOD LIGHT & WATER COMPANY, APPELLANT, *v.* THE TOWN OF GLENWOOD SPRINGS. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted October 21, 1913. Decided October 27, 1913. *Per Curiam.* Appeal dismissed. *Press Pub. Co.* v. *Monroe,* 164 U. S. 105, 111–112; *Defiance Water Co.* v. *Defiance,* 191 U. S. 184, 191; *Shulthis* v. *McDougal,* 225 U. S. 561; *Joplin* v. *Southwest Missouri Light Co.,* 191 U. S. 150, 157; *Knoxville Water Co.* v. *Knoxville,* 200 U. S. 22; *Swope* v. *Leffingwell,* 105 U. S. 3–4. *Mr. W. P. Malburn, Mr. W. H. Bryant* and *Mr. George L. Nye* for the appellant. *Mr. John A. Rush* for the appellee.

No. 153. CHINO LEE, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Supreme Court of the Philippine Islands. Submitted October 22, 1913. Decided October 27, 1913. *Per Curiam.* Judgment affirmed. *Mugler* v. *Kansas,* 123 U. S. 623, 659–663; *Holden* v. *Hardy,* 169 U. S. 366; *Louisville & Nashville Railroad Co.* v. *F. W. Cook Brewing Co.,* 223 U. S. 70, 82; *Price* v. *United States,* 165 U. S. 311. *Mr. A. D. Gibbs* for the plaintiff in error. *The Attorney General* and *Mr. Assistant Attorney General Denison* for the defendant in error.